CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7334
Washington, DC 20530
Tel: (202) 305-8648
Fax: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

Jennifer A. Reisch (CA Bar # 223671)
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 896-0672
Fax: (415) 231-0011
Emails: jreish@equalrightsadvocates.org

Javier M. Guzman*, Robin F. Thurston*, Karianne Jones*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741), Alice Y. Abrokwa*
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*, Neena Chaudhry*, Sunu Chandy*, Alexandra Brodsky*
National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185

STIPULATION & PROPOSED ORDER   CASE NO. 18-CV-00535-JSC

1 | Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org, abrodsky@nwlc.org

2 | *pro hac vice

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELIZABETH D. DEVOS, in her official capacity as Secretary of Education, CANDICE JACKSON, in her official capacity as Acting Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No. 18-cv-00535-JSC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint is due June 1, 2018. *See* ECF No. 37. Defendants' reply in support of their motion to dismiss is therefore due June 8, 2018. *See* Local Rule 7-3(c). Defendants' motion to dismiss is scheduled to be heard on June 28, 2018, at 9:00 a.m., *see* ECF No. 40, at which time the Court will also conduct an initial case management conference, *see* ECF No. 41. The Court has directed the parties to submit a joint case management statement seven days prior to the conference. *See id.*

2. For the reasons set forth in the Declaration of Steven A. Myers, the parties request that the Court modify that schedule and instead order that the case proceed pursuant to the following schedule:

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

1      a.  Plaintiffs' opposition to Defendants' motion to dismiss:  June 8, 2018

2      b.  Defendants' reply in support of motion to dismiss:  June 27, 2018

3      c.  Joint case management statement:  July 12, 2018

4      d.  Hearing on Defendants' motion to dismiss and initial case management conference: July 19, 2018, at 9:00 a.m.

Date: May 22, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7334
Washington, DC 20530
Tel: (202) 305-8648
Fax: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

/s/ Robin F. Thurston
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Email: rthurston@democracyforward.org

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Robin F. Thurston's concurrence in the filing of this document.

/s/ *Steven A. Myers*
Steven A. Myers

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. This case shall proceed pursuant to the following schedule:

a. Plaintiffs' opposition to Defendants' motion to dismiss:  June 8, 2018

b. Defendants' reply in support of motion to dismiss:  June 27, 2018

c. Joint case management statement:  July 12, 2018

d. Hearing on Defendants' motion to dismiss and initial case management conference:  July 19, 2018, at 9:00 a.m.

Dated: _____          _____
                                         JACQUELINE SCOTT CORLEY
                                         UNITED STATES MAGISTRATE JUDGE