Jennifer A. Reisch (CA Bar No. 223671)
**Equal Rights Advocates**
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Javier M. Guzman*
Robin F. Thurston*
Karianne Jones*
**Democracy Forward Foundation**
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741)
Alice Y. Abrokwa*
**National Center for Youth Law**
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Alexandra Brodsky*
**National Women's Law Center**
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org, abrodsky@nwlc.org

*admitted pro hac vice

Counsel for Plaintiffs

Plaintiffs' Statement of Nonopposition to Amici Curiae; Case No.: 3:18-cv-00535-JSC, Page: 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., et al., )<br><br>　　　Plaintiffs, )<br><br>v. )<br><br>ELISABETH D. DEVOS, in her official )<br>capacity as Secretary of Education, et al, )<br><br>　　　Defendants. )<br>　　　　　　　　　　　　　　　　　 ) | Case Number: 3:18-cv-00535-JSC<br><br>PLAINTIFFS' STATEMENT OF NONOPPOSITION IN RESPONSE TO MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE<br><br>HEARING NOTICED: July 19, 2018, at 9:00 a.m.<br><br>DEMAND FOR JURY TRIAL |

　　　Plaintiffs, SurvJustice, Inc., Equal Rights Advocates, and Victim Rights Law Center, hereby inform the Court that the undersigned counsel were not contacted by counsel for putative amici curiae regarding the proposed amicus brief prior to the filing of the motion for leave to file brief as amicus curiae. *See* Dkt. No. 46. Accordingly, the representation therein that Plaintiffs' counsel declined to consent to the filing of amici curiae's brief is false.

　　　Plaintiffs take no position on amici curiae's motion for leave to file and accordingly file this statement of nonopposition pursuant to Local Civil Rule 7-3(b).

Respectfully submitted,　　　　　　　　　　　　　　　　　　　　　　　Date: June 28, 2018

/s/ Robin F. Thurston
Alice Y. Abrokwa*
Leecia Welch (CA Bar No. 208741)
**National Center for Youth Law**
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Plaintiffs' Statement of Nonopposition to Amici Curiae; Case No.: 3:18-cv-00535-JSC, Page: 2

Jennifer A. Reisch (CA Bar No. 223671)
**Equal Rights Advocates**
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Javier M. Guzman*
Robin F. Thurston*
Karianne Jones*
**Democracy Forward Foundation**
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Alexandra Brodsky*
**National Women's Law Center**
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, etang@nwlc.org, schandy@nwlc.org, abrodsky@nwlc.org

*admitted pro hac vice
Counsel for Plaintiffs