CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7334
Washington, DC 20530
Tel: (202) 305-8648
Fax: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, KENNETH L. MARCUS, in his official capacity as Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 18-cv-0535-JSC<br><br>**DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**<br><br>Magistrate Judge: Jacqueline Scott Corley<br>Hearing: July 19, 2018, at 9:00 a.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom F, 15th Floor,<br>450 Golden Gate Ave., San Francisco, CA 94102 |

*SurvJustice, Inc. v. DeVos*, No. 18-cv-0535-JSC Defs.' Resp. To Mot. For Leave To File

Defendants respectfully submit the following response to the Motion for Leave to File Brief as Amicus Curiae filed by the Women's and Children's Advocacy Project, Equal Means Equal, National Coalition Against Violent Athletes, Faculty Against Rape, Allies Reaching for Equality, Women Matter, and We Are Woman ("Amici"), see ECF No. 46.  Although Amici's motion states that "Plaintiffs' counsel and Defendants' declined to consent to the filing of this brief," see id. at 2, counsel for Amici did not, in fact, seek consent from any of the attorneys for Defendants who have appeared in this case.  Had Amici sought such consent, Defendants would have consented—and hereby do consent—to the filing of their proposed amicus brief.   Such consent, of course, is not a concession that any of the issues raised by Amici are properly before the Court at this time.

Dated: June 28, 2018

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ Benjamin T. Takemoto
STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7334
Washington, DC 20530
Tel: (202) 305-8648
Fax: (202) 616-8460
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*