# Rincon Law LLP

200 California Street, Suite 400, San Francisco, CA 94111
Mailing Address: 268 Bush St., #3335, San Francisco, CA 94104

Jeffrey L. Fillerup, Partner
jfillerup@rinconlawllp.com

415.996.8199 (direct)
415.722.2653 (cell)

July 2, 2018

<u>VIA ECF</u>

Chambers of Magistrate Judge Jacqueline Scott Corley
San Francisco Courthouse, Courtroom F - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Survjustice, Inc., et al. v. DeVos, et al.
        Case No. 3:18-cv-00535-JSC
        Date:  July 19, 2018
        Time:  9:00 a.m.
        Dept.: Courtroom F, 15th Floor

Dear Chambers of Judge Corley:

We represent amici The Women's and Children's Advocacy Project, Equal Means Equal, National Coalition Against Violent Athletes, Faculty Against Rape, and Allies Reaching for Equality, Women Matter, and We Are Woman in the above-referenced case (collectively "Amici"). Amici's main counsel is Wendy Murphy of New England Law |Boston, in Boston, MA 02116. Ms. Murphy has been admitted pro hac vice. (Doc#58) She is involved in other, similar actions in the country.

We are requesting permission for Ms. Murphy to appear by telephone on July 19, 2018 at 9:00 a.m. As local counsel, I will be appearing at the hearing in person.

Thank you for your consideration.

Sincerely,

*/s/Jeffrey L. Fillerup*

Jeffrey L. Fillerup
of Rincon Law, LLP

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: July 3, 2018



GRANTED
Judge Jacqueline Scott Corley