Jennifer A. Reisch (CA Bar No. 223671)
**Equal Rights Advocates**
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Javier M. Guzman*
Robin F. Thurston*
Karianne Jones*
**Democracy Forward Foundation**
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741)
Alice Y. Abrokwa*
**National Center for Youth Law**
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Alexandra Brodsky*
**National Women's Law Center**
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org, abrodsky@nwlc.org

*admitted pro hac vice

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., et al., | ) |
| Plaintiffs, | ) Case Number: 3:18-cv-00535-JSC |
| v. | ) Request for Telephonic Participation |
| ELISABETH D. DEVOS, in her official capacity as Secretary of Education, et al, | ) |
| Defendants. | ) |

Pursuant to the Court's Civil Standing Order, Plaintiffs respectfully request that the Plaintiffs and counsel not located in California be permitted to participate by telephone in the July 19, 2018 hearing on Defendants' Motion to Dismiss and Case Management Conference. They make this request only for the purpose of listening to the proceeding. The counsel who will speak on behalf of the Plaintiffs both for the motion hearing and the Case Management Conference will appear in person. The following individuals request to appear by telephone:

- Alice Abrokwa, National Center for Youth Law (Washington, DC).
- Alexandra Brodsky, National Women's Law Center (Washington, DC).
- Lindy Aldrich, Victim Rights Law Center (Massachusetts)

Respectfully submitted,                                                         Date: July 16, 2018

/s/ Robin F. Thurston

Alice Y. Abrokwa*
Leecia Welch (CA Bar No. 208741)
**National Center for Youth Law**
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Jennifer A. Reisch (CA Bar No. 223671)
**Equal Rights Advocates**
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Javier M. Guzman*
Robin F. Thurston*
Karianne Jones*
**Democracy Forward Foundation**
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Alexandra Brodsky*
**National Women's Law Center**
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, etang@nwlc.org, schandy@nwlc.org, abrodsky@nwlc.org

*admitted pro hac vice
Counsel for Plaintiffs