WENDY MURPHY, Pro Hac Vice
wmurphy@nesl.edu
New England Law/Boston
154 Stuart Street
Boston, MA 02116
Telephone: (617)422-7410

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
RINCON LAW LLP
200 California St., Suite 400
San Francisco, CA 94111
Telephone:    (415) 996-8199
Facsimile:    (415) 680-1712

Attorneys for The Women's and Children's Advocacy Project,
Equal Means Equal, National Coalition Against Violent Athletes,
Allies Reaching for Equality, Women Matter, We Are Woman,
and SAFE Campuses, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC.,<br>1015 15th Street NW, Suite 632<br>Washington, DC 20005<br><br>EQUAL RIGHTS ADVOCATES,<br>1170 Market Street, Suite 700<br>San Francisco, CA 94102<br><br>VICTIM RIGHTS LAW CENTER<br>520 SW Yamhill Street<br>Portland, OR 97204,<br><br>            Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education,<br>400 Maryland Avenue SW<br>Washington DC 20202, et al.,<br><br>            Defendants. | Case No. 3:18-cv-00535-JSC<br><br>**STATEMENT OF NEW RULING<br>(L.R. 7.3(d)(2))**<br><br>Date:      October 17, 2018<br>Time:      9:00 a.m.<br>Place:     450 Golden Gate Ave., 15th Fl.<br>           Courtroom F<br>           San Francisco, CA 94102<br>Judge:     Hon. Jacqueline Scott Corley |

On September 24, 2018 (after the movants' reply brief (Doc No 76) was filed), the Court in the Massachusetts case, *Equal Means Equal v. DeVos*, U.S. District Court, D. Mass., Case No. 17-12043-MLW, issued an order granting the plaintiffs' motion for leave to amend the complaint which will add National Coalition Against Violent Athletes ("NCAVA") as a plaintiff in that case ("9/24 Order").   NCAVA  withdraws the argument made in the reply brief (Doc No 76) at page 5, lines 4-14.  Pursuant to Local Rule 7.3(d)(2), NCAVA will leave for oral argument on October 17, 2018 its  argument that the 9/24 Order  does not  require  denial of the  motion to intervene in this case.

DATED:  September 25, 2018                    NEW ENGLAND LAW/BOSTON

By: */s/Wendy Murphy*
　　Wendy Murphy
　　Attorneys for The Women's and Children's
　　Advocacy Project, Equal Means Equal, National
　　Coalition Against Violent Athletes, Allies Reaching
　　for Equality, Women Matter, We Are Woman, and
　　SAFE Campuses, LLC