WENDY MURPHY, Pro Hac Vice
wmurphy@nesl.edu
New England Law/Boston
154 Stuart Street
Boston, MA 02116
Telephone: (617)422-7410

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
RINCON LAW LLP
200 California St., Suite 400
San Francisco, CA  94111
Telephone:       (415) 996-8199
Facsimile:       (415) 680-1712

Attorneys for The Women's and Children's Advocacy Project,
Equal Means Equal, National Coalition Against Violent Athletes,
Allies Reaching for Equality, Women Matter, We Are Woman,
and SAFE Campuses, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC.,<br>1015 15th Street NW, Suite 632<br>Washington, DC 20005<br><br>EQUAL RIGHTS ADVOCATES,<br>1170 Market Street, Suite 700<br>San Francisco, CA 94102<br><br>VICTIM RIGHTS LAW CENTER<br>520 SW Yamhill Street<br>Portland, OR 97204,<br><br>                Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official<br>capacity as Secretary of Education,<br>400 Maryland Avenue SW<br>Washington DC 20202, et al.,<br><br>                Defendants. | Case No. 3:18-cv-00535-JSC<br><br>**INTERVENTION MOVANTS' REQUEST TO WITHDRAW MOTION TO INTERVENE WITHOUT PREJUDICE**<br>**[Local Rule 7-7(e)]**<br><br>Date:        October 17, 2018<br>Time:       9:00 a.m.<br>Place:      450 Golden Gate Ave., 15th Fl.<br>               Courtroom F<br>               San Francisco, CA  94102<br>Judge:     Hon. Jacqueline Scott Corley |

INTERVENTION MOVANTS' REQUEST TO WITHDRAW MOTION TO INTERVENE WITHOUT
PREJUDICE

The parties seeking to intervene as plaintiffs in this case, The Women's and Children's Advocacy Project, Equal Means Equal, National Coalition Against Violent Athletes, Allies Reaching for Equality, Women Matter, We Are Woman, and SAFE Campuses, LLC (collectively "Intervention Movants"), hereby request the withdrawal of their Motion to Intervene (Doc No 71), as follows:

On October 1, 2018, the Court entered an order (Doc No 81) dismissing certain claims alleged in the complaint with prejudice and dismissing other claims with leave to amend (the "10/1 Order").  In light of the 10/1 Order, the Intervention Movants seek to withdraw their Motion to Intervene without prejudice, and with the right to re-file the Motion to Intervene if and when the plaintiffs file an amended complaint.

DATED:  October 4, 2018                    NEW ENGLAND LAW/BOSTON


                                           By: */s/Wendy Murphy*
                                           Wendy Murphy
                                           Attorneys for The Women's and Children's
                                           Advocacy Project, Equal Means Equal, National
                                           Coalition Against Violent Athletes, Allies Reaching
                                           for Equality, Women Matter, We Are Woman, and
                                           SAFE Campuses, LLC

INTERVENTION MOVANTS' REQUEST TO WITHDRAW MOTION TO INTERVENE WITHOUT PREJUDICE