JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURVJUSTICE, INC.,<br>EQUAL RIGHTS ADVOCATES, and<br>VICTIM RIGHTS LAW CENTER,<br><br>           Plaintiffs,<br><br>   v.<br><br>ELISABETH D. DEVOS,<br>in her official capacity as Secretary of Education,<br>KENNETH L. MARCUS,<br>in his official capacity as Assistant Secretary for Civil Rights, and<br>U.S. DEPARTMENT OF EDUCATION,<br><br>           Defendants. | Case No. 18-cv-0535-JSC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION IN RESPONSE TO INTERVENTION MOVANTS' REQUEST TO WITHDRAW MOTION TO INTERVENE** |

Defendants hereby inform the Court that they do not oppose the intervention movants' request to withdraw the motion to intervene without prejudice (ECF No. 82).

Dated: October 11, 2018               Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Benjamin T. Takemoto*
STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*