1  JOSEPH H. HUNT
   Assistant Attorney General
2
   ALEX G. TSE
3  Acting United States Attorney

4  CARLOTTA P. WELLS
   Assistant Branch Director
5  Civil Division

6  STEVEN A. MYERS (NY Bar # 4823043)
   BENJAMIN T. TAKEMOTO (CA Bar # 308075)
7  Trial Attorneys
   United States Department of Justice
8  Civil Division, Federal Programs Branch
   1100 L St. NW
9  Washington, DC 20005
   Tel: (202) 305-8648
10 Fax: (202) 616-8470
   E-mail: steven.a.myers@usdoj.gov
11
   *Attorneys for Defendants*
12
   Jennifer A. Reisch (CA Bar # 223671)
13 Equal Rights Advocates
   1170 Market Street, Suite 700
14 San Francisco, CA 94102
   Ph: (415) 896-0672
15 Fax: (415) 231-0011
   Email: jreish@equalrightsadvocates.org
16
   Javier M. Guzman*, Robin F. Thurston*, Karianne Jones*
17 Democracy Forward Foundation
   1333 H St. NW
18 Washington, DC 20005
   Ph: (202) 448-9090
19 Fax: (202) 701-1775
   Emails: jguzman@democracyforward.org, rthurston@democracyforward.org,
20 kjones@democracyforward.org

21 Leecia Welch (CA Bar No. 208741), Alice Y. Abrokwa*
   National Center for Youth Law
22 405 14th Street, 15th Floor
   Oakland, CA 94612, and
23 1313 L Street, NW, Suite 130
   Washington, DC 20005
24 Ph: (510) 835-8098
   Fax: (510) 835-8099
25 Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

26 Emily Martin*, Neena Chaudhry*, Sunu Chandy*
   National Women's Law Center
27 11 Dupont Circle, NW, Suite 800
   Washington, DC 20036
28 Ph: (202) 588-5180
   Fax: (202) 588-5185

STIPULATION & PROPOSED ORDER   CASE NO. 18-CV-00535-JSC

Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org

*pro hac vice

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education, KENNETH L. MARCUS, in his official capacity as Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 18-cv-00535-JSC <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; [~~PROPOSED~~] ORDER** |

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. On October 31, 2018, Plaintiffs filed a Second Amended Complaint. *See* ECF No. 86. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Second Amended Complaint is currently due November 14, 2018.

2. Defendants anticipate moving to dismiss the Second Amended Complaint. For the reasons set forth in the Declaration of Steven A. Myers, the parties jointly request that the Court order that Defendants' anticipated motion be briefed according to the following schedule:

    a. Defendants' motion to dismiss:  December 14, 2018

    b. Plaintiffs' opposition:  January 11, 2019

    c. Defendants' reply:  February 1, 2019

    d. Hearing:  February 14, 2019, or thereafter at the Court's convenience.

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 18-CV-00535-JSC

| | |
|---|---|
| Date: November 6, 2018 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General |
| | ALEX G. TSE<br>Acting United States Attorney |
| | CARLOTTA P. WELLS<br>Assistant Branch Director<br>Civil Division |
| | /s/ *Steven A. Myers*<br>STEVEN A. MYERS (NY Bar # 4823043)<br>BENJAMIN T. TAKEMOTO (CA Bar # 308075)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 305-8648<br>Fax: (202) 616-8470<br>E-mail: steven.a.myers@usdoj.gov |
| | *Attorneys for Defendants* |
| | /s/ Robin F. Thurston<br>Democracy Forward Foundation<br>1333 H St. NW<br>Washington, DC 20005<br>Ph: (202) 448-9090<br>Fax: (202) 701-1775<br>Email: rthurston@democracyforward.org |
| | *Attorneys for Plaintiffs* |

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Robin F. Thurston's concurrence in the filing of this document.

*/s/ Steven A. Myers*
Steven A. Myers

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 18-CV-00535-JSC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendants' forthcoming motion to dismiss the Second Amended Complaint shall be briefed pursuant to the following schedule:

   a. Defendants' motion to dismiss: December 14, 2018
   b. Plaintiffs' opposition: January 11, 2019
   c. Defendants' reply: February 1, 2019
   d. Hearing: February 14, 2019 [or thereafter at the Court's convenience].

Dated:   November 8, 2018

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE