JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, <br> KENNETH L. MARCUS, *in his official capacity as Assistant Secretary for Civil Rights*, and <br> U.S. DEPARTMENT OF EDUCATION, <br><br>　　　　Defendants. | Case No. 18-cv-0535-JSC <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO STAY CASE; [PROPOSED ORDER]** |

*SurvJustice, Inc. v. DeVos*, No. 18-cv-0535-JSC, Defendants' Administrative Motion to Stay

Pursuant to Civil Local Rule 7-11, the United States of America hereby files an administrative motion for a stay of the deadline to file a reply in support of Defendants' motion to dismiss the second amended complaint and of the hearing on Defendants' motion to dismiss the second amended complaint, currently scheduled on February 14, 2019, in the above-captioned case.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

On November 8, 2018, the Court ordered that Defendants' reply in support of their motion to dismiss the second amended complaint is due on February 1, 2019 and that a hearing on the motion would be on February 14, 2019. ECF No. 88. Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to file a reply in support of Defendants motion to dismiss the second amended complaint and of the February 14, 2019 hearing until Congress has restored appropriations to the Department.

If the Court grants a stay, counsel for Defendants will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Opposing counsel has indicated that they would agree to a stay until January 29, 2019 or until Congress has restored appropriations to the Department, whichever is earlier. However, they would oppose a stay of any greater length. Should the shutdown last until January 29, 2019, opposing counsel proposes that the parties file a joint status report on that date. They also propose that the parties file revised dates for the hearing on Defendants' motion to dismiss the second amended complaint within three days of the government reopening.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby requests a stay of the deadline to file a reply in support of Defendants' motion to dismiss the second amended complaint and of the February 14, 2019 hearing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 15, 2019                     Respectfully Submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General

                                            ALEX G. TSE
                                            Acting United States Attorney

                                            CARLOTTA P. WELLS
                                            Assistant Branch Director
                                            Civil Division

                                            /s/ *Benjamin T. Takemoto*
                                            STEVEN A. MYERS
                                            (NY Bar # 4823043)
                                            BENJAMIN T. TAKEMOTO
                                            (CA Bar # 308075)
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box No. 883, Ben Franklin Station
                                            Washington, DC 20044
                                            Tel: (202) 532-4252
                                            Fax: (202) 616-8470
                                            E-mail: benjamin.takemoto@usdoj.gov

                                            *Attorneys for Defendants*

**[PROPOSED] ORDER**

In light of the current lapse in appropriations affecting the Department of Justice, IT IS HEREBY ORDERED that:

1. The deadline to file a reply in support of Defendants' motion to dismiss the second amended complaint is STAYED until after the partial shutdown of the federal government has ended and appropriations to the Departments of Justice has been restored. Defendants' reply in support of their motion to dismiss the second amended complaint shall be due fourteen days after the first date that the relevant appropriations have been restored and the partial shutdown ends.

2. The February 14, 2019 hearing on Defendants' motion to dismiss the second amended complaint is vacated. Within three days after the relevant appropriations are restored, the parties are ordered to schedule a new hearing date.

IT IS SO ORDERED.

Dated: _____       _____
                                              JACQUELINE SCOTT CORLEY
                                              UNITED STATES MAGISTRATE JUDGE