1  JOSEPH H. HUNT
   Assistant Attorney General

2

   DAVID L. ANDERSON
3  United States Attorney

4  CARLOTTA P. WELLS
   Assistant Branch Director
5  Civil Division

6  STEVEN A. MYERS (NY Bar # 4823043)
   BENJAMIN T. TAKEMOTO (CA Bar # 308075)
7  Trial Attorneys
   United States Department of Justice
8  Civil Division, Federal Programs Branch
   1100 L St. NW
9  Washington, DC 20005
   Tel: (202) 305-8648
10 Fax: (202) 616-8470
   E-mail: steven.a.myers@usdoj.gov
11
   *Attorneys for Defendants*
12
   Jennifer A. Reisch (CA Bar # 223671)
13 Equal Rights Advocates
   1170 Market Street, Suite 700
14 San Francisco, CA 94102
   Ph: (415) 896-0672
15 Fax: (415) 231-0011
   Email: jreish@equalrightsadvocates.org
16
   Javier M. Guzman*, Robin F. Thurston*, Karianne Jones*
17 Democracy Forward Foundation
   1333 H St. NW
18 Washington, DC 20005
   Ph: (202) 448-9090
19 Fax: (202) 701-1775
   Emails: jguzman@democracyforward.org, rthurston@democracyforward.org,
20 kjones@democracyforward.org

21 Leecia Welch (CA Bar No. 208741), Alice Y. Abrokwa*
   National Center for Youth Law
22 405 14th Street, 15th Floor
   Oakland, CA 94612, and
23 1313 L Street, NW, Suite 130
   Washington, DC 20005
24 Ph: (510) 835-8098
   Fax: (510) 835-8099
25 Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

26 Emily Martin*, Neena Chaudhry*, Sunu Chandy*
   National Women's Law Center
27 11 Dupont Circle, NW, Suite 800
   Washington, DC 20036
28 Ph: (202) 588-5180
   Fax: (202) 588-5185

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org

*pro hac vice

*Attorneys for Plaintiffs*

WENDY MURPHY, *Pro Hac Vice*
wmurphy@nesl.edu
New England Law/Boston
154 Stuart Street
Boston, MA 02116
Telephone: (617)422-7410

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
RINCON LAW LLP
200 California St., Suite 400
San Francisco, CA 94111
Telephone: (415) 996-8199

*Attorneys for The Women's and Children's Advocacy Project, Equal Means Equal, National Coalition Against Violent Athletes, Allies Reaching for Equality, Women Matter, We Are Woman, and SAFE Campuses, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, KENNETH L. MARCUS, in his official capacity as Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 18-cv-00535-JSC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING HEARING DATES AND PROPOSED ORDER** |

Subject to the Court's approval and pursuant to Local Rule 7-7, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. On January 16, 2019, the Court entered an order vacating the February 14, 2019, hearing date on Defendants' motion to dismiss (ECF No. 95). *See* ECF No. 98.  The Court directed the parties to "schedule a new hearing date within three days of the government reopening." *Id.* at 2. The Court further ordered that "[i] the shutdown ends on or before January 29, 2019, Defendants' reply shall be due 14 days after the shutdown ends and the relevant appropriations are restored." *Id.* at 1.

2. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice, and the Department resumed its usual civil litigation functions.  Pursuant to the Court's order, Defendants' reply brief is accordingly due February 8, 2019.

3. Plaintiffs and Defendants have conferred and mutually agreed to request that the Court hear Defendants' motion to dismiss on March 7, 2019 at 9:00 a.m.

4. Separately, a hearing on the motion to intervene filed by the Women's and Children's Advocacy Project and several other entities currently remains scheduled for February 14, 2019.  Plaintiffs, Defendants, and the putative intervenors have conferred and mutually agreed to request that the Court also hear the motion to intervene on March 7, 2019 at 9:00 a.m.

Date: January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

|   |   |
|---|---|
| 1 | Tel: (202) 305-8648 |
| 2 | Fax: (202) 616-8470<br>E-mail: steven.a.myers@usdoj.gov |

*Attorneys for Defendants*

/s/ Robin F. Thurston
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Email: rthurston@democracyforward.org

*Attorneys for Plaintiffs.*

/s/ Wendy Murphy
WENDY MURPHY, Pro Hac Vice
wmurphy@nesl.edu
New England Law/Boston
154 Stuart Street
Boston, MA 02116
Telephone: (617)422-7410

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
RINCON LAW LLP
200 California St., Suite 400
San Francisco, CA 94111
Telephone: (415) 996-8199

*Attorneys for The Women's and Children's Advocacy Project, Equal Means Equal, National Coalition Against Violent Athletes, Allies Reaching for Equality, Women Matter, We Are Woman, and SAFE Campuses, LLC*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Robin F. Thurston's and Wendy Murphy's concurrence in the filing of this document.

/s/ Steven A. Myers
Steven A. Myers

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The motion to dismiss pending at ECF No. 95 and the motion to intervene pending at ECF No. 89 shall each be heard on March 7, 2019, at 9:00 a.m.

Dated: _____      _____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC