UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURVJUSTICE INC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELISABETH DEVOS, et al.,<br><br>  Defendants. | Case No. 18-cv-00535-JSC<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 103 |

Pursuant to Civil Local Rule 7-9, Plaintiffs move for leave to file a motion for reconsideration of the Court's October 1, 2018 Order granting Defendants' motion to dismiss Plaintiffs' Administrative Procedure Act (APA) claim without leave to amend. Plaintiffs' motion satisfies the Civil Local rules; accordingly, the Court grants Plaintiffs leave.

The parties shall stipulate to a briefing schedule and hearing date and notify the Court of same by February 15, 2019.

This Order disposes of Docket No. 103.

**IT IS SO ORDERED.**

Dated: February 11, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge