Jennifer A. Reisch (CA Bar # 223671)
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 896-0672
Fax: (415) 231-0011
Email: jreisch@equalrightsadvocates.org

Javier M. Guzman*, Robin F. Thurston*, Karianne Jones*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org, rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741), Alice Y. Abrokwa*, Seth Galanter**
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*, Neena Chaudhry*, Sunu Chandy*
National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org

*pro hac vice
**pro hac vice application pending

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

STIPULATION & PROPOSED ORDER   CASE NO. 18-CV-00535-JSC

Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, in her official capacity as Secretary of Education, KENNETH L. MARCUS, in his official capacity as Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 18-cv-00535-JSC<br><br>**STIPULATED RESPONSE TO COURT'S ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

In response to the Court's Order of February 11, 2019, ECF No. 104, and subject to the Court's approval, the parties through their undersigned counsel of record HEREBY STIPULATE:

1. On February 11, 2019, the Court granted Plaintiffs' Motion for Leave to File a Motion for Reconsideration (ECF No. 103) and directed the parties to stipulate to a briefing schedule and hearing date for the same. (ECF No. 104).

2. The parties have conferred and stipulate to the following proposed schedule:

- Plaintiffs' Motion for Reconsideration: February 26, 2019
- Defendants' Response to Plaintiffs' Motion: March 12, 2019
- Plaintiffs' Reply in Support of their Motion: March 26, 2019
- Hearing Date: April 4, 2019

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

3.      While the parties have agreed upon briefing and hearing dates, they disagree with respect to whether the Court should enter page limits that vary from those set by the Local Rules of this Court. Defendants' position is that in light of the limited issue that Plaintiffs have been granted leave to address, the Court should limit the parties' briefs to ten pages each for the motion and opposition, and five pages for the reply, a limit that is consistent with that set by the Court for the supplemental final agency action briefs that were submitted following the hearing on Defendants' first motion to dismiss. Plaintiffs' position is that while they do not anticipate using the full number of pages, they do not believe that it is necessary for the Court to set a limit different from that which applies under the Local Rules as they argue how an intervening Ninth Circuit decision warrants a different outcome as applied to the facts of this case. The parties' proposed order contains alternative language reflecting the parties' separate proposals.

Date: February 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ Steven A. Myers
STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

/s/ Robin F. Thurston
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Email: rthurston@democracyforward.org

STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

*Attorneys for Plaintiffs.*

### LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Steven A. Myers' concurrence in the filing of this document.

*/s/ Robin F. Thurston*
Robin F. Thurston

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs' motion for reconsideration shall be filed by February 26, 2019.  Defendants' response is due by March 12, 2019.  Plaintiffs' reply is due by March 26, 2019.  Plaintiffs' motion for reconsideration shall be heard on April 4, 2019, at 9:00 a.m.

[Plaintiffs' proposal]: The parties' briefs shall comply with the page limits set by the Local Rules of this Court.

[Defendants' proposal]: Plaintiffs' motion for reconsideration and Defendants' opposition shall each be limited to ten pages, and Plaintiffs' reply shall be limited to five pages.

Dated: _____          _____
                                        JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE