1  Jennifer A. Reisch (CA Bar # 223671)
   Equal Rights Advocates
2  1170 Market Street, Suite 700
   San Francisco, CA 94102
3  Ph: (415) 896-0672
   Fax: (415) 231-0011
4  Email: jreisch@equalrightsadvocates.org

5  Javier M. Guzman*, Robin F. Thurston*, Karianne Jones*
   Democracy Forward Foundation
6  1333 H St. NW
   Washington, DC 20005
7  Ph: (202) 448-9090
   Fax: (202) 701-1775
8  Emails: jguzman@democracyforward.org, rthurston@democracyforward.org,
   kjones@democracyforward.org
9
   Leecia Welch (CA Bar No. 208741), Alice Y. Abrokwa*, Seth Galanter**
10 National Center for Youth Law
   405 14th Street, 15th Floor
11 Oakland, CA 94612, and
   1313 L Street, NW, Suite 130
12 Washington, DC 20005
   Ph: (510) 835-8098
13 Fax: (510) 835-8099
   Emails: lwelch@youthlaw.org, aabrokwa@youthlaw.org
14
   Emily Martin*, Neena Chaudhry*, Sunu Chandy*
15 National Women's Law Center
   11 Dupont Circle, NW, Suite 800
16 Washington, DC 20036
   Ph: (202) 588-5180
17 Fax: (202) 588-5185
   Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org
18
   *pro hac vice
19 **pro hac vice application pending

20 *Attorneys for Plaintiffs*

21 JOSEPH H. HUNT
   Assistant Attorney General
22
   DAVID L. ANDERSON
23 United States Attorney

24 CARLOTTA P. WELLS
   Assistant Branch Director
25 Civil Division

26 STEVEN A. MYERS (NY Bar # 4823043)
   BENJAMIN T. TAKEMOTO (CA Bar # 308075)
27 Trial Attorneys
   United States Department of Justice
28 Civil Division, Federal Programs Branch
   1100 L St. NW
   STIPULATION & PROPOSED ORDER  CASE NO. 18-CV-00535-JSC

Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC.,<br>EQUAL RIGHTS ADVOCATES, and<br>VICTIM RIGHTS LAW CENTER,<br><br>         Plaintiffs,<br><br>    v.<br><br>ELISABETH D. DEVOS,<br>in her official capacity as Secretary of Education,<br>KENNETH L. MARCUS,<br>in his official capacity as Assistant Secretary for<br>Civil Rights, and<br>U.S. DEPARTMENT OF EDUCATION,<br><br>         Defendants. | Case No. 18-cv-00535-JSC<br><br>**STIPULATED RESPONSE TO COURT'S ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

In response to the Court's Order of February 11, 2019, ECF No. 104, and subject to the Court's approval, the parties through their undersigned counsel of record HEREBY STIPULATE:

1. On February 11, 2019, the Court granted Plaintiffs' Motion for Leave to File a Motion for Reconsideration (ECF No. 103) and directed the parties to stipulate to a briefing schedule and hearing date for the same. (ECF No. 104).

2. The parties have conferred and stipulate to the following proposed schedule:

- Plaintiffs' Motion for Reconsideration: February 26, 2019
- Defendants' Response to Plaintiffs' Motion: March 12, 2019
- Plaintiffs' Reply in Support of their Motion: March 26, 2019
- Hearing Date: April 4, 2019

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 18-CV-00535-JSC

3.      While the parties have agreed upon briefing and hearing dates, they disagree with respect to whether the Court should enter page limits that vary from those set by the Local Rules of this Court. Defendants' position is that in light of the limited issue that Plaintiffs have been granted leave to address, the Court should limit the parties' briefs to ten pages each for the motion and opposition, and five pages for the reply, a limit that is consistent with that set by the Court for the supplemental final agency action briefs that were submitted following the hearing on Defendants' first motion to dismiss. Plaintiffs' position is that while they do not anticipate using the full number of pages, they do not believe that it is necessary for the Court to set a limit different from that which applies under the Local Rules as they argue how an intervening Ninth Circuit decision warrants a different outcome as applied to the facts of this case. The parties' proposed order contains alternative language reflecting the parties' separate proposals.

Date: February 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ Steven A. Myers
STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

/s/ Robin F. Thurston
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Email: rthurston@democracyforward.org

STIPULATION & ~~PROPOSED~~ ORDER   CASE NO. 18-CV-00535-JSC

*Attorneys for Plaintiffs.*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Steven A. Myers' concurrence in the filing of this document.

/s/ Robin F. Thurston
Robin F. Thurston

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs' motion for reconsideration shall be filed by February 26, 2019.  Defendants' response is due by March 12, 2019.  Plaintiffs' reply is due by March 26, 2019.  Plaintiffs' motion for reconsideration shall be heard on April 4, 2019, at ~~9:00 a.m.~~  2:00 p.m.

~~[Plaintiffs' proposal]: The parties' briefs shall comply with the page limits set by the Local Rules of this Court.~~

[Defendants' proposal]: Plaintiffs' motion for reconsideration and Defendants' opposition shall each be limited to ten pages, and Plaintiffs' reply shall be limited to five pages.

Dated: February 19, 2019

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION & ~~PROPOSED~~ ORDER  CASE NO. 18-CV-00535-JSC