UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., et al., ) | Case Number: 3:18-cv-00535-JSC |
| Plaintiffs, ) | |
| v. ) | Request for Telephonic Participation |
| ELISABETH D. DEVOS, in her official capacity as Secretary of Education, et al, ) ) | |
| Defendants. ) | |

Pursuant to the Court's Civil Standing Order, Plaintiffs respectfully request that the Plaintiffs and counsel not located in California be permitted to participate by telephone in the motion hearing scheduled for April 4, 2019. The counsel who will speak on behalf of the Plaintiffs for the motion hearing will appear in person. The following individuals request to appear by telephone:

- Robin F. Thurston, Democracy Forward Foundation (Washington, DC)
- Lindy Aldrich, Victim Rights Law Center (Massachusetts)

Respectfully submitted,                                                                 Date: March 28, 2019

/s/ Robin F. Thurston
Jennifer A. Reisch (CA Bar No. 223671)
**Equal Rights Advocates**
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Javier M. Guzman*
Robin F. Thurston*
Karianne Jones*
**Democracy Forward Foundation**
1333 H St. NW

Counsel shall contact Court Call at
1-888-882-6878 to make the arrangements.

Dated: March 28, 2019

**GRANTED**
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley

Request for Telephonic Participation; Case No.: 3:18-cv-00535-JSC                                  Page: 2