JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
BENJAMIN T. TAKEMOTO (CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4152
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, KENNETH L. MARCUS, *in his official capacity as Assistant Secretary for Civil Rights*, and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 18-cv-0535-JSC <br><br> **DEFENDANTS' CERTIFICATION OF THE ADMINISTRATIVE RECORD** <br><br> Hon. Jacqueline Scott Corley |

I, Kathryn A. Ellis, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the General Counsel of the U.S. Department of Education, do hereby declare as follows:

1. I am the Assistant General Counsel for the Division of Education and Equity in the Office of the General Counsel, United States Department of Education ("Department"). I have served in this capacity since August 2011. In this capacity, I provide, and supervise the provision of, legal advice and services to the Department on civil rights, special education and vocational rehabilitative services, and other equity issues.

2. I supervised the Department's review of records for inclusion in the administrative record concerning the issuance of the September 22, 2017 Dear Colleague Letter and September 2017 Q&A on Campus Sexual Misconduct (collectively, "2017 Guidance").

3. To the best of my knowledge, and subject only to the exception described in paragraph 4, the administrative record represents a true, accurate, and complete set of the materials directly or indirectly considered by Department decision makers in the process of developing the 2017 Guidance, regardless of whether the materials support or are contrary to the decision. I understand that documents that are not properly part of the administrative record because they are privileged will be identified in a forthcoming privilege log.

4. In developing the 2017 Guidance, decision makers considered several books. The Department has included the title pages and bibliographic information concerning these books in the administrative record, but it has not scanned these entire books into the record. Counsel for Plaintiffs has indicated to counsel for Defendants that Plaintiffs do not object to this practice, so long as the parties provide the Court with any passages from these books relied upon in the parties' briefing. Should Defendants rely upon these books in their forthcoming summary judgment briefing, they will attach relevant portions of the books as exhibits.

5. The statements made in this declaration are based upon my personal knowledge and the information provided to me in the course of my official duties.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2019

Respectfully Submitted,

*Kathryn A. Ellis*
KATHRYN A. ELLIS
Assistant General Counsel
Division of Educational Equity
Office of the General Counsel
United States Department of Education