1  SETH GALANTER*
   ALICE Y. ABROKWA*
2  LEECIA WELCH (CA Bar No. 208741)
   National Center for Youth Law
3  405 14th Street, 15th Floor
   Oakland, CA 94612, and
4  1313 L Street, NW, Suite 130
   Washington, DC 20005
5  Ph: (510) 835-8098
   Fax: (510) 835-8099
6  Emails: lwelch@youthlaw.org, sgalanter@youthlaw.org, aabrokwa@youthlaw.org

7  JENNIFER A. REISCH (CA Bar No. 223671)
   Equal Rights Advocates
8  1170 Market Street, Suite 700
   San Francisco, CA 94102
9  Ph: (415) 621-0672
   Fax: (415) 621-6744
10 Email: jreisch@equalrights.org

11 JAVIER M. GUZMAN*
   ROBIN F. THURSTON*
12 KARIANNE JONES*
   Democracy Forward Foundation
13 1333 H St. NW
   Washington, DC 20005
14 Ph: (202) 448-9090, Fax: (202) 701-1775
   Emails: jguzman@democracyforward.org, rthurston@democracyforward.org,
15 kjones@democracyforward.org

16 EMILY MARTIN*
   NEENA CHAUDHRY*
17 SUNU CHANDY*
   National Women's Law Center
18 11 Dupont Circle, NW, Suite 800
   Washington, DC 20036
19 Ph: (202) 588-5180
   Fax: (202) 588-5185
20 Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org,

21 *admitted pro hac vice

22 *Attorneys for Plaintiffs*

23 JOSEPH H. HUNT
   Assistant Attorney General
24
   CARLOTTA P. WELLS
25 Assistant Branch Director
   Civil Division
26
   STEVEN A. MYERS
27 (NY Bar # 4823043)
   BENJAMIN T. TAKEMOTO
28 (CA Bar # 308075)

1   Trial Attorneys
United States Department of Justice
2   Civil Division, Federal Programs Branch
1100 L St. NW
3   Washington, DC 20005
Tel: (202) 305-8648
4   Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov
5
*Attorneys for Defendants*
6

7                   **UNITED STATES DISTRICT COURT FOR THE**
                    **NORTHERN DISTRICT OF CALIFORNIA**
8                        **SAN FRANCISCO DIVISION**

9

10  SURVJUSTICE, INC.,
    EQUAL RIGHTS ADVOCATES, and
11  VICTIM RIGHTS LAW CENTER,

12                                              Case No. 18-cv-0535-JSC
                Plaintiffs,
13                                              **STIPULATED REQUEST FOR**
                                                **ORDER CHANGING TIME**
14          v.
                                                Hon. Jacqueline Scott Corley
15  ELISABETH D. DEVOS,                         Hearing: October 17, 2019, 9:00 a.m.
    *in her official capacity as Secretary of*
16  *Education,*                                Phillip Burton Federal Building & United
    KENNETH L. MARCUS,                          States Courthouse, Courtroom F, 15th
17  *in his official capacity as Assistant Secretary*  Floor,
    *for Civil Rights,* and                     450 Golden Gate Ave., San Francisco, CA
18  U.S. DEPARTMENT OF EDUCATION,               94102

19
                Defendants.
20

21

22

23

24

25

26

27

28

          **Stipulated Request for Order, *SurvJustice, Inc. v. DeVos*, No. 18-cv-0535-JSC**

Subject to the Court's approval and pursuant to Rule 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the parties stipulate as follows:

1. The deadline for Defendants' opposition to Plaintiffs' motion for summary judgment and cross motion is extended by one week (i.e., August 29, 2019).

2. The deadline for Plaintiffs' reply and opposition to Defendants' cross motion is extended by one week (i.e., September 19, 2019).

3. The deadline for Defendants' reply is extended by one week (i.e., October 3, 2019).

Dated: August 8, 2019

Respectfully Submitted,

SETH GALANTER*
ALICE Y. ABROKWA*
LEECIA WELCH (CA Bar No. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612, and
1313 L Street, NW, Suite 130
Washington, DC 20005
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: sgalanter@youthlaw.org,
lwelch@youthlaw.org,
aabrokwa@youthlaw.org

JENNIFER A. REISCH (CA Bar No. 223671)
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

JAVIER M. GUZMAN*
ROBIN F. THURSTON*
KARIANNE JONES*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: jguzman@democracyforward.org,
rthurston@democracyforward.org,
kjones@democracyforward.org

EMILY MARTIN*
NEENA CHAUDHRY*
SUNU CHANDY*

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ Benjamin T. Takemoto
STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8470
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

1   National Women's Law Center
    11 Dupont Circle, NW, Suite 800
2   Washington, DC 20036
    Ph: (202) 588-5180
3   Fax: (202) 588-5185
    Emails: emartin@nwlc.org,
4   nchaudhry@nwlc.org, schandy@nwlc.org,

5   *admitted pro hac vice

6   *Attorneys for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                                                              JACQUELINE SCOTT CORLEY
                                                                              UNITED STATES MAGISTRATE JUDGE

**RULE 5-1(i)(3) ATTESTATION**

I, Benjamin T. Takemoto, attest pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California that I have obtained the concurrence in the filing of the above stipulated request from Plaintiffs' counsel.

                                                              */s/ Benjamin T. Takemoto*
                                                              BENJAMIN T. TAKEMOTO