JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SURVJUSTICE, INC., EQUAL RIGHTS ADVOCATES, and VICTIM RIGHTS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education, KENNETH L. MARCUS, in his official capacity as Assistant Secretary for Civil Rights, and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 18-cv-0535-JSC <br><br> **ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OCTOBER 3, 2019, REPLY MEMORANDUM** <br><br> Hon. Jacqueline Scott Corley <br><br> Phillip Burton Federal Building & United States Courthouse, Courtroom F, 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

**Administrative Motion to Exceed Page Limit,** *SurvJustice, Inc. v. DeVos***, No. 18-cv-0535-JSC**

Pursuant to Local Civil Rule 7-11, Defendants Elisabeth D. DeVos, in her official capacity as Secretary of Education; Kenneth L. Marcus, in his official capacity as Assistant Secretary for Civil Rights; and U.S. Department of Education respectfully seek leave to file a reply memorandum in support of their motion for summary judgment of no more than twenty-five pages. In support of that request, Defendants state as follows:

1. The parties are currently briefing cross-motions for summary judgment. The parties' cross-motions address at least ten complicated issues of administrative law, including whether the challenged guidance is reviewable final agency action, whether eight distinct aspects of the challenged guidance are arbitrary and capricious, and what the scope of any relief would be if Plaintiffs were entitled to relief. Plaintiffs filed a twenty-four-page motion for summary judgment on July 25, 2019, *see* ECF No. 136; Defendants filed a twenty-five-page opposition and cross-motion on August 29, 2019, *see* ECF No. 140, and Plaintiffs filed a twenty-five page reply in support of their motion and opposition to Defendants' motion on September 19, 2019, *see* ECF No. 141.

2. Because the Court has ordered staggered rather than simultaneous briefing on the cross-motions, and because Plaintiffs filed their motion first, Defendants' final brief — due October 3, 2019 — will be styled as a reply in support of their cross-motion. Pursuant to Local Rule 7-3(c), it is therefore limited to fifteen pages of text.

3. Defendants respectfully request that the Court permit them leave to file a reply memorandum of up to twenty-five pages. Such an extension would ensure that Defendants can file a memorandum that is useful to the Court, and that Defendants can fully present all of their arguments in writing, rather than for the first time at the October 17, 2019, motions hearing. Such an extension would also ensure that Plaintiffs and Defendants are allocated an equal number of total pages with respect to the cross-motions. In contrast, under the existing page limits, Plaintiffs would receive ten more pages than Defendants.

4. Should the Court grant the requested extension, Defendants will endeavor to be as concise as possible, and will only use the full twenty-five pages that they are requesting if it is necessary to do so. Because Defendants are currently preparing their reply memorandum and do not yet know exactly how many pages they will require, Defendants are requesting leave to file up to twenty-five pages.

5. As set out in the attached declaration, undersigned counsel inquired whether Plaintiffs would stipulate to the relief requested herein. Counsel for Plaintiffs indicated that Plaintiffs were unwilling to do so.

Dated: September 25, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS
(NY Bar # 4823043)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

**[~~PROPOSED~~] ORDER**

Upon consideration of Defendant's Administrative Motion for Leave to Exceed Page Limit for October 3, 2019 Reply Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants may file a twenty-five-page reply in support of their motion for summary judgment.

Dated: September 27, 2019

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE