UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SURVJUSTICE INC, et al.,

    Plaintiffs,

v.

ELISABETH DEVOS, et al.,

    Defendants.

Case No. 18-cv-00535-JSC

**JUDGMENT**

    The Court having granted Defendants' motion for summary judgment and denied Plaintiffs' motion for summary judgment by Order filed November 1, 2019, enters judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: November 1, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge