# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **18-cv-00535-JSC**

Date case was first filed in U.S. District Court: **1/25/18**

Date of judgment or order you are appealing: **11/01/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Equal Rights Advocates, Victim Rights Law Center

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

Democracy Forward Foundation, 1333 H St NW, Suite 1100

City: Washington, DC   State: DC   Zip Code: 20005

Prisoner Inmate or A Number (if applicable): _____

Signature: **/s Robin F. Thurston**   Date: **Dec 20, 2019**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                  Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Equal Rights Advocates, Victim Rights Law Center

Name(s) of counsel (if any):

> Karianne M. Jones, Robin F. Thurston -- Democracy Forward Foundation

Address: 1333 H St NW Suite 1100, Washington, DC 20005

Telephone number(s): (202) 701-1775, (314) 705-2836

Email(s): kjones@democracyforward.org, rthurston@democracyforward.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Elisabeth D. Devos, in her official capacity as Secretary of Education; Candice Jackson, in her official capacity as Acting Assistant Secretary for Civil Rights; Kenneth L. Marcus in his official capacity as Assistant Secretary for Civil Rights

Name(s) of counsel (if any):

> Benjamin Thomas Takemoto, Steven Andrew Myers

Address: U.S. Dep't of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Ben Franklin Station, Washington, DC 20044

Telephone number(s): 202-532-4252

Email(s): benjamin.takemoto@usdoj.gov, steven.a.myers@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
Equal Rights Advocates, Victim Rights Law Center

Name(s) of counsel (if any):
Seth Galanter --National Center for Youth Law

Address: 405 14th St, 15th Floor, Oakland CA 94612
Telephone number(s): (510) 835-8098
Email(s): sgalanter@youthlaw.org
Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:
U.S. Department of Education

Name(s) of counsel (if any):
Benjamin Thomas Takemoto, Steven Andrew Myers

Address: U.S. Dep't of Justice, Civil Division, Federal Programs Branch, P.O. Box 883, Ben Franklin Station, Washington, DC 20044
Telephone number(s): 202-532-4252
Email(s): benjamin.takemoto@usdoj.gov, steven.a.myers@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Equal Rights Advocates, Victim Rights Law Center

Name(s) of counsel (if any):
Sunu Chandy, Neena Chaudhry, Emily Martin -- National Women's Law Center

Address: 11 Dupont Circle, NW, Suite 800, Washington, DC 20036
Telephone number(s): (202) 588-5180
Email(s): emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Equal Rights Advocates, Victim Rights Law Center

Name(s) of counsel (if any):
Elizabeth Tang -- National Women's Law Center

Address: 11 Dupont Circle, NW, Suite 800, Washington, DC 20036
Telephone number(s): (202) 588-5180
Email(s): etang@nwlc.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Equal Rights Advocates, Victim Rights Law Center

Name(s) of counsel (if any):

Jennifer A. Reisch -- Equal Rights Advocates

Address: 1170 Market Street, Suite 700, San Francisco, CA 94102

Telephone number(s): (415) 621-0672

Email(s): jreisch@equalrights.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                            2                            *New 12/01/2018*