Jennifer A. Reisch (CA Bar No. 223671)
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Robin Thurston*
Karianne M. Jones*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741)
Seth Galanter*
Alice Y. Abrokwa*
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612, *and*
712 H Street NE, DPT #32020
Washington, DC 20002
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, sgalanter@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Elizabeth Tang*
National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org, etang@nwlc.org

*pro hac vice*

Counsel for Plaintiffs

*Notice of Change of Counsel, Case No.: 3:18-cv-00535-JSC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SURVJUSTICE, INC., ET AL.,

Plaintiffs,

v.

ELISABETH D. DEVOS, ET AL.,

Defendant.

Case Number: 3:18-cv-00535-JSC

NOTICE OF CHANGE IN COUNSEL

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Alice Y. Abrokwa (admitted *pro hac vice*) is no longer counsel for Plaintiffs in this matter and will be departing from the National Center for Youth Law. Please continue to direct all future mailings to Seth Galanter and Leecia Welch of the National Center for Youth Law, who will remain counsel of record for Plaintiffs, as well as the other counsel of record from Democracy Forward Foundation, National Women's Law Center, and Equal Rights Advocates, all of whom remain in this case.

In accordance with Local Civil Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Date: May 20, 2021

Respectfully submitted,

*/s/ Alice Y. Abrokwa*
Alice Y. Abrokwa*
*Withdrawing Counsel*

*Notice of Change of Counsel, Case No.: 3:18-cv-00535-JSC*

Jennifer A. Reisch (CA Bar No. 223671)
Equal Rights Advocates
1170 Market Street, Suite 700
San Francisco, CA 94102
Ph: (415) 621-0672
Fax: (415) 621-6744
Email: jreisch@equalrights.org

Robin Thurston*
Karianne M. Jones*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
Ph: (202) 448-9090
Fax: (202) 701-1775
Emails: rthurston@democracyforward.org, kjones@democracyforward.org

Leecia Welch (CA Bar No. 208741)
Seth Galanter*
Alice Y. Abrokwa*
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612, *and*
712 H Street NE, DPT #32020
Washington, DC 20002
Ph: (510) 835-8098
Fax: (510) 835-8099
Emails: lwelch@youthlaw.org, sgalanter@youthlaw.org, aabrokwa@youthlaw.org

Emily Martin*
Neena Chaudhry*
Sunu Chandy*
Elizabeth Tang*
National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Ph: (202) 588-5180
Fax: (202) 588-5185
Emails: emartin@nwlc.org, nchaudhry@nwlc.org, schandy@nwlc.org, etang@nwlc.org

*pro hac vice*

Counsel for Plaintiffs

*Notice of Change of Counsel, Case No.: 3:18-cv-00535-JSC*