FILED

OCT 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EQUAL RIGHTS ADVOCATES; VICTIM RIGHTS LAW CENTER, <br><br> Plaintiffs-Appellants, <br><br> and <br><br> SURVJUSTICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CARDONA, in his official capacity as Secretary of Education; et al., <br><br> Defendants-Appellees. | No. 19-17555 <br><br> D.C. No. 3:18-cv-00535-JSC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 45), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133